In the Matter of EVA K. CONLON, for Payment of an Award.— Notice of this application should be given to Archambeau, record owner of the Kirke judgment. Notice should also be given to J. N. Emley. The order should be settled on notice to all parties. Upon compliance with these requirements, the motion for a reference will be granted. Present — Clarke, P. J., Laughlin, Dowling and Merrell, JJ.

ALBERT P. WELLS, Respondent, v. JOSEPH C. BROWNSTONE and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements with leave to defendants to withdraw demurrer and to answer on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.

JOHN B. NILES, Appellant, v. ALFRED P. SLOAN, JR., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

In the Matter of MARGARET P. HUMPHREY, Deceased.— Motion granted; questions certified. Memorandum per curiam. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARL HYMAN and Others, Appellants.— Judgment and order affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

BRIDGET SULLIVAN, Appellant, v. ELISE BOYD, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J. Laughlin, Dowling, Page and Greenbaum, JJ.

ROSE WALSH, Appellant, v. EMIGRANT INDUSTRIAL SAVINGS BANK, Impleaded with PATRICK COLL, as Executor, etc., of BRIDGET COLL, Deceased, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

LOUIS KAHNWEILER, Respondent, v. STANLEY M. CHANDLER and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

THE NITRO POWDER COMPANY, Appellant, v. AGENCY OF CANADIAN CAR AND FOUNDRY COMPANY, LTD., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.; Laughlin and Page, JJ., dissenting.

S. FRANK WILLIAMSON, as Receiver of the JOSEPH S. MILLER COMPANY, a Foreign Corporation, Respondent, v. THE WHITNEY COMPANY, a Domestic Corporation, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

H. & I. FELDMAN CONTRACTING COMPANY, INC., Appellant, v. LOUIS WALLER and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.